WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
William J. Idleman, Esq., SBN 258450
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660 *(Cornell/Pleadings/Federal/2nd Fed/Joint Stip to cont. MTD)*
(949) 477-5050; Fax: (949) 608-9142
gribar@wrightlegal.net; widleman@wrightlegal.net

Attorneys for Defendant U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE-8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE-8 (erroneously sued as "That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County"; and "U.S. Bank National Association, alleged trustee")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MELANIE I. CORNELL,<br><br>              Plaintiff,<br>vs.<br><br>That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County; New Century Mortgage Corporation; U.S. Bank National Association, alleged trustee; Chicago Title Insurance Company.<br><br>              Defendants. | Case No.:  12-cv-00330-WBS-CKD<br><br>*Assigned to: Judge William B. Shubb*<br><br>**JOINT STIPULATION TO CONTINUE DATE OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREOF** |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE-8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE-8 (erroneously sued as "That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County"; and "U.S. Bank National Association, alleged trustee") ("the Trust") ("Defendant"), and Plaintiff, MELANIE I. CORNELL ("Plaintiff") by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. That the hearing on Defendant's Motion to Dismiss now scheduled for March 26, 2012, at 2:00 p.m. shall be continued until May 21, 2012, at 2:00 p.m. in the Courtroom 5, 14th Floor of the above-entitled Court, located at 501 I Street, Suite. 4-200, Sacramento, CA 95814.

2. That Plaintiff's Opposition to Motion to Dismiss shall be filed and served by May 7, 2012.

3. That Defendant's Reply to Opposition to Motion to Dismiss shall be filed and served by May 14, 2012.

**SANDLIN LAW FIRM**

Dated: March 6, 2012     By:   /s/ *J.J. Sandlin, Esq.*
J.J. Sandlin, Esq., WSBA #7392
Attorneys for Plaintiff
MELANIE I. CORNELL

JOINT STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS; [PROPOSED] ORDER

|   |   |
|---|---|
| | **WRIGHT, FINLAY & ZAK, LLP** |
| Dated: March 6, 2012 | By:   /s/ *William J. Idleman, Esq.*<br>William J. Idleman, Esq.<br>Attorneys for Defendant<br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE-8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE-8 (erroneously sued as "That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County"; and "U.S. Bank National Association, alleged trustee" |

**IT IS SO ORDERED.**

Dated:   March 6, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE DEFENDANT'S
MOTION TO DISMISS; [PROPOSED] ORDER