UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MELANIE I. CORNELL,<br><br>        Plaintiffs,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC., JOHN DOES NOS. 1-20<br><br>        Defendant.<br>_____/ | No. CIV S-11-1462 KJM-EFB<br><br>ORDER OF NON-RELATED CASES |
| MELANIE I. CORNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County; New Century Mortgage Corporation; U.S. Bank National Association, alleged trustee; Chicago Title Insurance Company.<br><br>        Defendants.<br>_____/ | No. CIV S-12-0330 WBS CKD |

1

1  The undersigned judge declines to relate the above-captioned cases pursuant to
2 Local Rule 123(a).  Assignment of the matters to the same judge is not likely to effect a
3 substantial savings of judicial effort or other economies.  These actions involve the same
4 plaintiff, but  involve different defendants, the actions involve events specific to each party, and
5 the questions of law are not novel.  Case No. CIV S-11-1462 was dismissed for lack of ripeness
6 and is currently on appeal.  It is not clear that the same result reached by this court in the earlier-
7 filed case should follow in case No. CIV S 12-0330.  As such, assignment to different judges
8 does not entail substantial duplication of labor.
9  Therefore, CIV S 12-0330 WBS CKD shall not be reassigned to the undersigned
10 judge.
11 IT IS SO ORDERED.
12 DATED: May 18, 2012.

_____
UNITED STATES DISTRICT JUDGE