```
 1
 2
 3
 4
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11
12  MELANIE I. CORNELL,              NO. CIV. 2:12-330 WBS CKD
13          Plaintiff,
                                     ORDER
14       v.
15  That Certain Instrument
    Entitled "Deed of Trust,"
16  under Recorder's Document
    Number 20110015747 originally
17  dated August 8, 2005 and filed
    in Nevada County; That Certain
18  "Corporate Assignment of Deed
    of Trust," under Recorder's
19  Document Number 20110015748
    dated June 14, 2011 and filed
20  in Nevada County; That Certain
    Instrument Entitled "Deed of
21  Trust," under Recorder's
    Document Number DOC-2005-
22  0111849 originally dated
    August 8, 2005 and filed in
23  Placer County; New Century
    Mortgage Corporation; U.S.
24  Bank National Association,
    alleged trustee; Chicago Title
25  Insurance Company,
26          Defendants.
    _____/
27
28                          ----oo0oo----
```

        The court has received plaintiff's notice of appeal of its May 21, 2012, Order granting defendants' motion to dismiss. (Docket No. 37.) "The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982). The purpose of this rule "is to promote judicial economy and avoid the confusion that would ensue from having the same issues before two courts simultaneously." <u>Natural Res. Def. Council, Inc. v. Sw. Marine Inc.</u>, 242 F.3d 1163, 1166 (9th Cir. 2001).

        Plaintiff's notice of appeal divests the court of jurisdiction over this action. Accordingly, the court will deny plaintiff's motion to stay the expiration of time to file a Second Amended Complaint, (Docket No. 38), without prejudice to her refiling the motion after the Ninth Circuit Court of Appeals has remanded the case to this court.

        IT IS THEREFORE ORDERED that plaintiff's motion to stay the expiration of time to file a Second Amended Complaint be, and the same hereby is, DENIED WITHOUT PREJUDICE.

        IT IS FURTHER ORDERED THAT all dates currently pending, including the Scheduling Conference on June 25, 2012, be, and the same hereby are, VACATED.

DATED: June 18, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE