CRAFTS LAW FIRM PC
Angelo A. DuPlantier III, State Bar No. 162992
aad@craftslawfirm.com
100 Pacifica, Suite 140
Irvine, CA 92618
Telephone: (949) 484-7400
Facsimile: (949) 486-0171

Attorneys for Defendant
US NATIONAL BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE-8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE-8

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| MELANIE I. CORNELL,<br><br>        Plaintiff,<br>vs.<br><br>That Certain Instrument Entitled "Deed of Trust," under Recorder's Document Number 20110015747 originally dated August 8, 2005 and filed in Nevada County; That Certain "Corporate Assignment of Deed of Trust," under Recorder's Document Number 20110015748 dated June 14, 2011 and filed in Nevada County; That Certain instrument Entitled "Deed of Trust," under Recorder's Document Number DOC-2005-0111849 originally dated August 8, 2005 and filed in Placer County; New Century Mortgage Corporation; U.S. Bank National Association, alleged trustee; Chicago Title Insurance Company,<br><br>        Defendants. | Case No. 2:12-CV-00330-WBS-CKD<br><br>**ORDER FOR TELEPHONIC APPEARANCE ON 10.21.13**<br><br>Judge:   William B. Shubb |

GOOD CAUSE APPEARING,

Attorney for Defendant, U.S. NATIONAL BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE-8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE-8,

1  (hereinafter "U.S. Bank") Angelo A. DuPlantier, is hereby granted approval to appear
2  telephonically for the Motion to Remand or, in the Alternative, to Dismiss Without
3  Prejudice, Motion to Dismiss and Motion to Strike U.S. National Bank's Memorandum,
4  currently set for October 21, 2013, at 2:00 p.m., in courtroom 5, of the above-entitled court.
5       Attorney for Defendant, U.S. Bank, Angelo A. DuPlantier, can be reached on the
6  day of the telephonic appearance at (949) 484-7404 (direct line) or (949) 484-7400 (main
7  office line). "**The courtroom deputy shall email counsel with instructions on how to**
8  **participate in the telephone conference call**." Counsel shall immediately confirm receipt
9  of said email.
10
11 IT IS SO ORDERED.
12
13 Dated: October 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Pacifica, Suite 140, Irvine, CA 92618.

On October 15, 2013, I served the within document(s) described as:

**[PROPOSED] ORDER FOR TELEPHONIC APPEARANCE ON 10.21.13**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 15, 2013, at Irvine, California.

Erminia Olivas
(Type or print name)                                    (Signature)

# SERVICE LIST

### *Cornell v US National Bank, N.A., et al.*

Case No: 2:12-CV-00330-WBS-CKD

| | |
|---|---|
| Mitchell Luke Abdallah<br>ABDALLAH LAW GROUP<br>555 Capitol Mall, Ste. 725<br>Sacramento, CA 95814<br>Tel: (916) 446-1974<br>Fax: (916) 446-3371<br>E-mail: mitch@abdallahlaw.net | *Attorneys for: Plaintiff, MELANIE I. CORNELL* |
| J.J. SANDLIN, ESQ.<br>SANDLIN LAW FIRM<br>PO BOX 107<br>Prosser, WA 99350<br>Tel: (509) 829-3111<br>Fax: (888) 875-7712<br>E-mail: sandlinlaw@msn.com | *Attorneys for: Plaintiff, MELANIE I. CORNELL* |